Daniel R. Ortega, Jr., SBN: 005015
**ORTEGA LAW FIRM, PC**
361 East Coronado Road, Suite 101
Phoenix, Arizona 85004-1525
(602) 386-4455 (602) 386-4480 (fax)
*danny@ortegalaw.com*
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| José I. Lopez Alvarado, Lizbeth Sanchez Arcos, Brenda Sanchez Arcos; and Cristian S. Lascarez Zambrano;<br><br>    Plaintiffs,<br><br>    v.<br><br>Officer Michael McCasland (No. 23076), individually and in his official capacity as a police officer with the City of Tempe Police Department;<br><br>    Defendant. | No.<br><br>**COMPLAINT**<br><br><br><br><br><br><br>(Civil Rights/Tort-Personal Injury)<br>(Demand for Jury Trial) |

Plaintiffs, for their complaint against defendant, allege as follows:

INTRODUCTION

1.      This is an action for money damages brought pursuant to 42 U.S.C. §§ 1983 and 1988, the Fourth and Fourteenth Amendments to the United States Constitution; Article 2, §§ 4, 8 and 13 to the Arizona Constitution; and under the law of the State of Arizona, against: Officer Michael McCasland (No. 23076), individually and in his official capacity as a police officer with the City of Tempe Police Department.

JURISDICTION AND VENUE

2.      This action arises under the Constitution of the United States, particularly the Fourth and Fourteenth Amendments, and under the laws of the United States,

particularly the Civil Rights Act, 42 U.S.C. § 1983 and 1988, and under Arizona state law.

3. This court has jurisdiction over plaintiffs' federal civil rights claim pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1343, and 28 U.S.C. § 144.

4. The acts complained of occurred within the City of Tempe, Maricopa County, State of Arizona. All defendants reside in Arizona. Thus venue is proper in the District Court of Arizona pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Plaintiff José I. Lopez Alvarado was 18 years old at the time of the incident and at all times relevant herein a resident of Maricopa County, State of Arizona.

6. Plaintiff Lizbeth Sanchez Arcos was 18 years old at the time of the incident and was at all times relevant herein a resident of Maricopa County, State of Arizona.

7. Plaintiff Brenda Sanchez Arcos was 16 years old at the of the incident and was at all times relevant herein a resident of Maricopa County, State of Arizona.

8. Plaintiff Cristian S. Lascarez Zambrano was 16 years old at the time of incident and was at all times relevant herein a resident of Maricopa County, State of Arizona.

9. Defendant Michael McCasland (hereinafter referred to as "defendant McCasland") was at all times relevant to this complaint acting as an employee of the City of Tempe pursuant to the policies of City of Tempe Police Department (hereinafter referred to as "TPD"). He is a state actor as the term is used in the jurisprudence of 42 U.S.C. § 1983.

10. The actions of defendant McCasland herein alleged was committed under color of State law, to-wit, under the color of the statutes, ordinances, regulations, policies, customs and usages of the State of Arizona and the City of Tempe.

11. Defendant McCasland is being sued in his individual and official capacity. Defendant McCasland's actions at all times herein mentioned were done within the course and scope of his agency and employment with the City of Tempe.

FACTUAL BASIS OF CLAIMS FOR RELIEF APPLICABLE TO ALL CLAIMS

12. Late in the evening of February 10, 2021, plaintiffs José I. Lopez Alvarado, Lizbeth Sanchez Arcos, along with at-the-time minors, Brenda Sanchez Arcos and Cristian S. Lascarez Zambrano (hereinafter collectively referred to as "plaintiffs") had gone to Esporta Fitness, a gym in northwest Mesa. Having worked until 10pm, they went to the gym thereafter. Afterward, close to midnight, they had intended to go for snacks before heading home. They were driving in a car registered to plaintiff José's father, Ignacio Lopez.

13. Prior to going for post-workout snacks, plaintiff José I. Lopez Alvarado (hereinafter referred to as "plaintiff José") stopped at the Wells Fargo Bank at 20 E. University in Tempe, close to the ASU Campus. He had wanted to use the ATM to deposit a check.

14. As plaintiff José jogged from his car to the ATM, police approached plaintiff José and the vehicle, with their lights on and weapons drawn.

15. As stated in the Police Report, TPD had "followed the vehicle several times throughout the night" in an attempt to locate a "Ceaser Lopez" in regard to an outstanding felony warrant.

16. Neither plaintiff José, nor anyone else in the vehicle matched the description of Ceaser Lopez.

17. Despite that TPD had been following plaintiff José's car several times in the evening, they had plenty of time to determine that the car was registered to Ignacio Lopez, not the suspect "Ceaser Lopez." Plaintiffs did not have any connection to the suspect in any way, other than plaintiff José sharing an extremely common last name.

18. Without any reasonable basis to conclude that plaintiffs had any connection to the suspect listed on the warrant, TPD performed a "high risk stop," resulting in "members of the Tactical Response Unit, Bike Squad, and patrol point[ing] their firearms" at plaintiffs.

19. As could be expected, plaintiffs were terrified and confused, as TPD officers threatened them with deadly force without any legal justification to do so.

20. Plaintiffs were put in handcuffs and interrogated, while students in the immediate area who witnessed the incident begged the officers not to shoot.

21. Once the officers explained that they were looking for Ceaser Lopez, plaintiff José informed them that they had the wrong person. The officers compared the suspect's photo to plaintiff José and verified that he was not the suspect.

22. After about an hour, the officers uncuffed plaintiffs and allowed them to make phone calls. The plaintiffs contacted their parents and they were finally released, without so much as apology from the TPD for the unwarranted armed assault, shock and humiliation of their detention, let alone for the threats of deadly force.

## COUNT ONE

**(Defendant McCasland Violated Plaintiffs' Rights Under the Fourth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983)**

23. Plaintiffs hereby incorporate all preceding paragraphs by reference.

24. According to the police report, Tempe Police had been following the vehicle several times throughout the evening.

25. Tempe Police had ample time to determine that the vehicle was registered to plaintiff José's father, Ignacio Lopez.

26. None of the plaintiffs matched the description of "Ceaser Lopez."

27. Defendant McCasland did not have a warrant for any of the plaintiffs.

4

28. Defendant McCasland did not have a particularized and objective basis for suspecting that plaintiffs were suspected of criminal activity,

29. Plaintiff José did not violate any traffic laws.

30. Defendant McCasland's detention and threat of deadly force was entirely unjustified and constituted an unreasonable seizure.

31. As a direct and proximate result of defendant McCasland's wrongful conduct, plaintiffs have suffered damages, in an amount to be proven at trial.

32. The reckless, intentional and/or deliberate acts and omissions of defendant McCasland were the direct and legal cause of the deprivation of plaintiffs' constitutionally protected rights.

## PRAYER FOR RELIEF

WHEREFORE, plaintiffs pray for judgment against defendant as follows:

A. For an award of special damages, in an amount to be proven at trial;

B. For an award of compensatory damages, in an amount to be proven at trial, for the pain, suffering and emotional distress sustained by plaintiffs;

C. For an award of punitive damages, in an amount to be proven at trial for all Counts;

D. For plaintiffs' reasonable attorney's fees and costs, as allowed by law, incurred and expended herein; and

E. For such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiffs respectfully request a trial by jury on all issues in this matter triable to a jury.

ORTEGA LAW FIRM, P.C.
361 East Coronado Road, Suite 101
Phoenix, Arizona 85004-1525
Phone: (602) 386-4455

**DATED** this 9th day of February, 2023.

                    **ORTEGA LAW FIRM, P.C.**

By: ***s/Daniel R. Ortega, Jr.***
Daniel R. Ortega, Jr.
361 East Coronado Road, Suite 101
Phoenix, Arizona 85004-1525
*Attorney for Plaintiffs*

6