SONIA M. BLAIN #007697
SARAH R. ANCHORS #025344
MATTHEW J. MANSFIELD #024046
**TEMPE CITY ATTORNEY'S OFFICE**
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
Phone: (480) 350-8227
Fax: (480) 350-8645
Cityattorney_administrator@tempe.gov
*Attorneys for Defendant Michael McCasland*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose I. Lopez Alvarado, Lizbeth Sanchez Arcos, Brenda Sanchez Arcos; and Cristian S. Lascarez Zambrano,<br><br>Plaintiff,<br>v.<br><br>Officer Michael McCasland (No. 23076), individually and in his official capacity as a police officer with the City of Tempe Police Department,<br><br>Defendants. | No. 2:23-cv-00258-DWL<br><br>**Notice of Settlement** |

Defendant Michael McCasland, through undersigned counsel, hereby gives notice to the Court that the parties have reached a settlement of all claims in this litigation and

/ / /

/ / /

/ / /

1  expect to file a stipulation to dismiss this lawsuit, with prejudice, within forty-five (45) days
2  per Order of this Court Doc 29 dated December 11, 2023.
3      Respectfully submitted this 12th day of December, 2023.

*/s/ Sarah R. Anchors*
Sarah R. Anchors
Matthew J. Mansfield
CITY ATTORNEY'S OFFICE
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2023, I electronically transmitted the Notice of Settlement to the Clerk's Office using the CM/ECF System for filing a copy as well of the same to the following CM/ECF Registrants:

Daniel R. Ortega, Jr.
ORTEGA LAW FIRM, PC
361 East Coronado Road, Suite 101
Phoenix, AZ 85004-1525
danny@ortegalaw.com
*Attorney for Plaintiffs*

 /s/ Brenda J. Peeler

3