IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose I Lopez Alvarado, et al., | No. CV-23-00258-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Michael McCasland, | |
| Defendant. | |

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 25).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated this 8th day of January, 2024.

Dominic W. Lanza
United States District Judge